# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Audra D. Cuthie<br>Stephen J. Cuthie<br><br>Debtors | BK NO. 11-08077 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Ditech Financial LLC and index same on the master mailing list.

                          Respectfully submitted,

                          **/s/ James C. Warmbrodt, Esquire**
                          James C. Warmbrodt, Esquire
                          KML Law Group, P.C.
                          BNY Mellon Independence Center
                          701 Market Street, Suite 5000
                          Philadelphia, PA  19106
                          412-430-3594