Check No. 1166860

Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 11-06880-RNO | 04U-0 | DARLENE CAROL WASHINGTON<br>Original Check written to:<br>US DEPT OF HUD<br><br>2488 E 81ST ST., STE 700<br>TULSA, OK  74137- | 4415 | 1,428.51 | 241.81 | 0.00 | 241.81 |
| 11-08077-RNO | 006-0 | STEPHEN J CUTHIE<br>Original Check written to:<br>PREMIER DESIGNS<br>C/O ADMIN RECOVERY LLC<br>9159 MAIN STREET<br>CLARENCE, NY  14031- | 7772 | 1,858.74 | 20.52 | 0.00 | 20.52 |
| 12-00556-RNO | 06U-0 | TYRUS C BACKER<br>Original Check written to:<br>FORD MOTOR CREDIT COMPANY<br>C/O LLOYD MARKIND<br>1060 ANDREW DRIVE, SUITE 170<br>WEST CHESTER, PA  19380- | FT114633 | 13,374.87 | 166.54 | 0.00 | 166.54 |
| 12-00556-RNO | 08U-0 | TYRUS C BACKER<br>Original Check written to:<br>FORD MOTOR CREDIT COMPANY<br>C/O LLOYD MARKIND<br>1060 ANDREW DRIVE, SUITE 170<br>WEST CHESTER, PA  19380- | FT114402 | 4,610.98 | 57.41 | 0.00 | 57.41 |
| 12-02361-RNO | 008-0 | PERNELL DAVID HAMMOND<br>Original Check written to:<br>UNITED CREDIT RECOVERY, LLC<br>PO BOX 953245<br>LAKE MARY, FL  32795- | 7586 | 985.49 | 183.73 | 0.00 | 183.73 |
| 13-02375-JJT | 008-0 | GREGORY V. NAPOLI SR<br>Original Check written to:<br>OLIPHANT FINANCIAL<br><br>9009 TOWN CENTER PARKWAY<br>LAKEWOOD RANCH, FL  34202- | 0273 | 0.00 | 521.35 | 0.00 | 521.35 |
| 13-04190-JJT | 999-0 | MONICA  WEAVER<br>Original Check written to:<br>MONICA  WEAVER<br>831 WILLOWBROK ROAD<br>STATEN ISLAND, NY  10314- | | 0.00 | 133.81 | 0.00 | 133.81 |
| 13-06090-JJT | 011-0 | JOHN A. TRUOCCOLO, SR.<br>Original Check written to:<br>WEINSTEIN & RILEY<br>FOR ALTAIR OH XIII, LLC<br>PO BOX 3978<br>SEATTLE, WA  98124- | 8745 | 2,175.97 | 8.06 | 0.00 | 8.06 |

**Charles J. DeHart, III**
**Standing Chapter 13 Bankruptcy Trustee**
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

Fulton Bank
Lancaster PA 17604

60-142 / 313

No. 1166860

May 11, 2017

PAY** One Thousand Three Hundred Thirty Three Dollars and 23 Cents***************

AMOUNT**$1,333.23**********

TO THE ORDER OF

VOID AFTER August 09, 2017
Positive Pay Account

CLERK  U.S. BANKRUPTCY COURT
P.O. BOX 908
HARRISBURG, PA  17108-



⑂1166860⑂ ⎐031301422⎐  1618  66156⑂