In re:
Stephen J. Cuthie
Audra D. Cuthie
        Debtors

Case No. 11-08077-RNO
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: karendavi          Page 1 of 1          Date Rcvd: May 10, 2017
                             Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2017.
4651542          Green Tree Servicing, LLC,    PO Box 44265,    Jacksonville, FL 32231-4265,
                 Green Tree Servicing, LLC,    PO Box 44265,    Jacksonville, FL 32231-4265

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2017 at the address(es) listed below:
          Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          Jerome B Blank    on behalf of Creditor    CITIMORTGAGE, INC. pamb@fedphe.com
          Johanna Hill Rehkamp    on behalf of Joint Debtor Audra D. Cuthie jhr@cclawpc.com,
           jlaughman@cclawpc.com;jbartley@cclawpc.com
          Johanna Hill Rehkamp    on behalf of Debtor Stephen J. Cuthie jhr@cclawpc.com,
           jlaughman@cclawpc.com;jbartley@cclawpc.com
          Joseph P Schalk    on behalf of Creditor    Ditech Financial LLC pamb@fedphe.com
          Joseph P Schalk    on behalf of Creditor    GREEN TREE SERVICING, LLC pamb@fedphe.com
          Robert E Chernicoff    on behalf of Debtor Stephen J. Cuthie rec@cclawpc.com,
           jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
          Robert E Chernicoff    on behalf of Joint Debtor Audra D. Cuthie rec@cclawpc.com,
           jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                          TOTAL: 10

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:11-bk-08077-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Stephen J. Cuthie
731 Center Drive
Palmyra PA 17078

Audra D. Cuthie
731 Center Drive
Palmyra PA 17078

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/09/2017.

Name and Address of Alleged Transferor(s):

Claim No. 10: Green Tree Servicing, LLC, PO Box 44265, Jacksonville, FL 32231-4265, Green Tree Servicing, LLC, PO Box 44265, Jacksonville, FL 32231-4265

Name and Address of Transferee:

Ditech Financial LLC fka Green Tree Servicing LLC
P.O. Box 6154
Rapid City, SD 57709-6154

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:     05/12/17

Terrence S. Miller
**CLERK OF THE COURT**